IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JOHN P. DURANCEAU, :
:
    Petitioner. :
:
vs. : CIVIL ACTION 12-0600-CB-M
:
TRAY OLIVER, :
:
    Respondent. :

ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this habeas petition be DENIED and that this action be DISMISSED. It is further ORDERED that, if Petitioner files a certificate of appealability, then it be denied as he is not entitled to appeal *in forma pauperis*.

DONE this 21st day of February, 2013.

*s/Charles R. Butler, Jr.*
CHARLES R. BUTLER, JR.
SENIOR UNITED STATES DISTRICT JUDGE